IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS CLINTON,

    Plaintiff,                              No. CIV S-09-1351 FCD EFB PS

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                         ORDER

_____/

On March 2, 2009, plaintiff, proceeding without counsel, filed a complaint but did not (1) pay the fee required to file an action in this court, or (2) file an application to proceed in forma pauperis without prepayment of the filing fee. *See* 28 U.S.C. §§ 1914(a), 1915(a).

To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order will result in a recommendation that this action be dismissed.

So ordered.

DATED: July 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE